THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON SCALA, Appellant.

Submitted December 15, 2003; decided December 18, 2003

Motion for an extension of time to appeal to the intermediate appellate court dismissed upon the ground that the motion does not lie in the Court of Appeals (CPL 460.30 [1]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE VALENCIA, Appellant.

Submitted December 8, 2003; decided December 18, 2003

Motion for assignment of counsel granted and Laura Johnson, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

In the Matter of STACY B., an Infant. LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KATHY B., Appellant, et al., Respondent.

Submitted July 14, 2003; decided December 18, 2003

Motion for leave to appeal dismissed upon the ground that the proceeding and the motion have abated because of the death of the movant.